IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUMBERTO AVILES-COBOS, on behalf of himself and all other Plaintiffs similarly situated, known And unknown,<br><br>Plaintiff,<br><br>v.<br><br>FIGUEROA RESTAURANTS, LTD., an Illinois corporation, d/b/a LA MEXICANA BUENA VISTA, ARANDAZ CORPORATION, an Illinois corporation, d/b/a LA MEXICANA BUENA VISTA, and JUAN FIGUEROA, an individual,<br><br>Defendants. | Case No. 16-cv-02380<br><br>Hon. Rebecca R. Pallmeyer<br>District Judge<br><br>Hon. Sheila M. Finnegan<br>Magistrate Judge |

## ORDER OF JUDGMENT

A. Default judgment is hereby entered in favor of Plaintiff, Humberto Aviles-Cobos, and against Defendants, Figueroa Restaurants, Ltd. d/b/a La Mexicana Buena Vista, Arandaz Corporation d/b/a La Mexicana Buena Vista, and Juan Figueroa, under Rule 55(b)(2) of the Federal Rules of Civil Procedure in the amount of $44,690.60;

B. This default judgment is a final judgment for which this Court expressly determines that there is no just reason for delay under Rule 54(b) of the Federal Rules of Civil Procedure;

C. The judgment is for wages due Humberto Aviles-Cobos, an employee of Defendants, pursuant to 735 ILCS § 5/12-1004; and

D. The Plaintiff is hereby granted leave to file a petition for an award of reasonable attorneys' fees and costs.

Dated: Oct. 24, 2016

ENTER: *Rebecca R. Pallmeyer*
Hon. Rebecca R. Pallmeyer